UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 3:21-cv-01613-CRB |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| YAMASHITA RESTAURANT GROUP, LLC, a California Limited Liability Company, | ) |
| Defendants. | ) |

# **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: March 17, 2022

HONORABLE CHARLES R. BREYER
United States District Judge