CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

FARWELL RASHKIS, LLP
James D. Farwell, Esq., SBN 237511
Bonnie J. Wolf, Esq., SBN 284872
223 W. Main St., Suite B
Los Gatos, CA 95030
Telephone: (408) 399-0505
bonnie@farwellrashkis.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br>v.<br><br>YAMASHITA RESTAURANT GROUP, LLC. a California Limited Liability Company,<br><br>　　　Defendant. | Case No.: 3:21-cv-01613-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

///

///

1  ///

1   Dated: April 26, 2022          CENTER FOR DISABILITY ACCESS

2

3                                  By:    /s/ Amanda Seabock
                                          Amanda Seabock
4                                         Attorneys for Plaintiff

5

6   Dated: March 18, 2022          FARWELL RASHKIS, LLP

7

8                                  By:   /s/ Bonnie J. Wolf
                                          Bonnie J. Wolf
9                                         Attorneys for Defendant
                                          Yamashita Restaurant Group, LLC
10

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Bonnie J. Wolf, counsel for Yamashita Restaurant Group, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: April 26, 2022          CENTER FOR DISABILITY ACCESS

                                         By:     /s/ Amanda Seabock
                                                Amanda Seabock
                                                Attorneys for Plaintiff